**FILED**
SEP -7 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JACOB CARL TILP,  )<br>  )<br>Defendant.  ) | 2:10-CR-474-KJD (PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JACOB CARL TILP

On June 7, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JACOB CARL TILP to the United States of America. Docket #41.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JACOB CARL TILP.

DATED this 7th day of Sept, 2011.

_____
UNITED STATES DISTRICT JUDGE